**Exhibit A to the Complaint**

**Location:** Costa Mesa, CA  **IP Address:** 107.185.80.247
**Total Works Infringed:** 57  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FAC320E937B3B75B1C0F4EE67D404ADA4D9BADA5 | Tushy | 07/12/2018 08:19:26 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/18/2017 01:09:34 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 04BCA2287880FE4DC823F1448169418A8E4C7360 | Tushy | 06/19/2018 22:00:20 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 4 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 06/12/2017 23:50:28 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 5 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 11/30/2017 01:07:24 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 6 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 05/07/2018 00:39:48 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 7 | 1FF03EAF37E0207F7C6C9D052A55BAC9DF05ACD0 | Vixen | 04/08/2018 23:31:00 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 8 | 2436F2AA0543196E91C5E9F8DB099D447340BEA8 | Vixen | 07/12/2018 05:21:17 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 9 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 05/07/2018 00:49:20 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 10 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 12/26/2017 07:24:43 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 11 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 02/12/2018 08:10:30 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 12 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 04/23/2018 05:59:00 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 13 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 09/14/2017 16:07:25 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 14 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/07/2018 00:37:58 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 15 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 08/19/2018 23:42:55 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 16 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 04/08/2018 23:27:44 | 02/16/2018 | 03/01/2018 | PA0002079185 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3754C381E6B3DCC20647F7F94277B364471F090F | Blacked | 06/09/2018 23:21:50 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 18 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 04/23/2018 05:58:45 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 19 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 04/08/2018 23:35:17 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 20 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 05/11/2018 06:08:15 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 21 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | Vixen | 03/27/2018 07:45:28 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 22 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 05/07/2018 00:42:03 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 23 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/25/2018 01:33:59 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 24 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 12/28/2017 04:13:55 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 25 | 4AD50A8F8ADCFF8C7D20BC5E06C3639FB3032212 | Vixen | 07/28/2018 21:48:41 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 26 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 05/31/2018 01:30:41 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 27 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 12/08/2017 05:35:47 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 28 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 10/30/2017 07:31:06 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 29 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 12/28/2017 04:17:51 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 30 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | Tushy | 05/26/2018 01:02:15 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 31 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/21/2018 06:34:04 | 08/09/2018 | 09/01/2018 | 16920689855 |
| 32 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/23/2017 10:23:59 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 33 | 6CA3C21D5E1D930F7C0ED2D79A08F5B86135729F | Vixen | 04/08/2018 23:29:48 | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 34 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 07/02/2018 07:07:09 | 06/03/2018 | 07/09/2018 | PA0002109331 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 01/23/2018 03:19:03 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 36 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 07/07/2018 22:36:38 | 06/18/2018 | 06/30/2018 | 16758569382 |
| 37 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 06/06/2018 23:06:11 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 38 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 05/06/2018 23:38:42 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 39 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 07/12/2018 05:19:44 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 40 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 04/23/2018 05:42:34 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 41 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/07/2018 22:36:21 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 42 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | Blacked Raw | 08/07/2018 06:08:24 | 06/01/2018 | 06/30/2018 | 16758501522 |
| 43 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 10/28/2017 00:41:53 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 44 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | Vixen | 06/13/2018 22:50:26 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 45 | AD9B6311E5E9E491C1D1867417B5388EA5B8ABD3 | Vixen | 05/31/2018 01:27:21 | 05/19/2018 | 06/30/2018 | 16758502025 |
| 46 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 08/19/2018 23:42:20 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 47 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 05/05/2018 23:19:10 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 48 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 07/07/2018 22:36:06 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 49 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 07/26/2018 06:03:02 | 07/15/2018 | 07/19/2018 | 16822146803 |
| 50 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 07/19/2018 04:46:06 | 06/26/2018 | 07/15/2018 | 16822264368 |
| 51 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/19/2018 22:00:15 | 06/13/2018 | 06/30/2018 | 16761912520 |
| 52 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 06/09/2018 23:23:06 | 06/06/2018 | 06/30/2018 | 16761912409 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 12/08/2017 06:31:22 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 54 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 04/24/2018 03:21:59 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 55 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 07/07/2018 22:34:45 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 56 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 04/08/2018 23:19:51 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 57 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/13/2018 21:51:53 | 08/07/2018 | 09/01/2018 | 16920624128 |