Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.185.80.247,<br><br>          Defendant. | Case Number: 8:18-cv-01713-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.185.80.247** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 107.185.80.247, are voluntarily dismissed without prejudice.

Dated:  January 7, 2019                              Respectfully submitted,


                                                                By: /s/ *Lincoln D. Bandlow*
                                                                Lincoln D. Bandlow, Esq.
                                                                FOX ROTHSCHILD LLP
                                                                *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.